IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRELI B. ANCHETA,

        Plaintiff,                        No. CIV S-08-3040 MCE EFB PS

     vs.

COUNTRYWIDE HOME LOANS, INC.,    ORDER
et al.,

        Defendants.
_____/

       Plaintiff has filed a notice of voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1), consistent with the rule's authorization for such dismissal if the defendants have filed neither an answer nor motion for summary judgment, as in the instant case.

       Accordingly, the Clerk is directed to close this case.

DATED: January 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE